B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Utah

In re    **Shaun C. Corbridge,**
     **Laura Annie Corbridge**

Case No. _____

Chapter _____ **7** _____

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 175,000.00 | | |
| B - Personal Property | Yes | 4 | 15,967.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 193,800.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 32,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,650,720.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,190.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | 190,967.80 | | |
| | | | Total Liabilities | 1,876,520.47 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Shaun C. Corbridge,**
     **Laura Annie Corbridge**

Case No. _____

                                        Debtors

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Shaun C. Corbridge,**                                    Case No. _____
         **Laura Annie Corbridge**
                                                                    ,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **496 South 2150 West, #101**<br>**Pleasant Grove, UT 84062**<br>**Condo** | **Fee simple** | **H** | **175,000.00** | **172,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **175,000.00** | (Total of this page) |
| Total > | **175,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Shaun C. Corbridge,**
       **Laura Annie Corbridge**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. 74232, Utah Power Credit Union, 1407 W. North Temple, #120-C, Salt Lake City, UT  84116** | J | 13.51 |
| | | **Checking Account No. 27641, Utah Power Credit Union, 1407 W. North Temple, #120-C, Salt Lake City, UT 84116** | J | 8.94 |
| | | **Savings Account No. 29041, Utah Power Credit Union, 1407 W. North Temple, #120-C, Salt lake City, UT  84116** | J | 5.35 |
| | | **Savings Acct. No. 0002427689-20, Mountain America Credit Union, P.O. Box 9001, West Jordan, Utah 84084-9001.  This was a 30-month CD.  Closed out in November, 2008.** | W | 0.00 |
| | | **Savings Acct. No. 0002427689-01, Mountain America Credit Union, P.O. Box 9001, West Jordan, Utah 84084-9001.  (This money is Laura's Parents' money) (See Question 14)** **Account Owners:  Laura Corbridge** **Joint Owner:  Olivia S. Baird, Charles Baird (Balance: $6,504.29)** | W | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Beds ($600); Sewing machine ($800).** | J | 1,400.00 |
| | | **Kitchen Table and Chairs.** | J | 75.00 |

Sub-Total >     **1,502.80**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shaun C. Corbridge,**                                            Case No. _____
         **Laura Annie Corbridge**
                                                              ,
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Sofas (2) ($200); End tables ($10); Living room chairs (2)($150); Chests of drawers (3)($50); Television set ($75); DVD ($10); Silverware ($30); Cookware, Pots, Pans ($100); Vacuum cleaner ($25); Stereo equipment ($10); Computer, computer equipment ($200). | J | 860.00 |
| | | Cell phone | W | 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Kids books ($30); Pictures and other art objects ($150). | J | 180.00 |
| 6. Wearing apparel. | | Misc. Clothing | J | 150.00 |
| 7. Furs and jewelry. | | Misc. bracelets & necklaces | W | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 9 mm pistol | H | 250.00 |
| | | Camera and photo equipment. | W | 75.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Farmers Insurance (Term life) | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SignCity, Inc. | H | 0.00 |
| | | Premier Management | H | 0.00 |
| | | Influence International, Inc. (K-1 from 2007 showed a loss of $572.00) 2,000 shares | H | 0.00 |

                                                          Sub-Total >        1,765.00
                                                       (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shaun C. Corbridge,**
      **Laura Annie Corbridge**
                                      Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | SignCity loan ($247,000.00) | H | 0.00 |
| | | Big World Supply Loan ($250,000.00) | H | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shaun C. Corbridge,**                                 Case No. _____
        **Laura Annie Corbridge**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Buick Terraza** | **J** | **12,000.00** |
| | | **1995 GMC Suburban** | **H** | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Blackberry** | **H** | **150.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Toolset** | **J** | **50.00** |
| | | **Wages** | **H** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **12,700.00** |
| (Total of this page) | |
| Total > | **15,967.80** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Shaun C. Corbridge,**                                    Case No. _____
        **Laura Annie Corbridge**
                                                        ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **496 South 2150 West, #101** **Pleasant Grove, UT  84062** **Condo** | Utah Code Ann. § 78B-5-503(2) | **5,000.00** | **175,000.00** |
| **Household Goods and Furnishings** | | | |
| **Beds ($600); Sewing machine ($800).** | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) | **1,400.00** | **1,400.00** |
| **Kitchen Table and Chairs.** | Utah Code Ann. § 78B-5-506(1)(b) | **75.00** | **75.00** |
| **Sofas (2) ($200); End tables ($10); Living room chairs (2)($150); Chests of drawers (3)($50); Television set ($75); DVD ($10); Silverware ($30); Cookware, Pots, Pans ($100); Vacuum cleaner ($25); Stereo equipment ($10); Computer, computer equipment ($200).** | Utah Code Ann. § 78B-5-506(1)(a) | **860.00** | **860.00** |
| **Cell phone** | Utah Code Ann. § 78B-5-506(1)(a) | **50.00** | **50.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Kids books ($30); Pictures and other art objects ($150).** | Utah Code Ann. § 78B-5-506(1)(c) | **180.00** | **180.00** |
| **Wearing Apparel** | | | |
| **Misc. Clothing** | Utah Code Ann. § 78B-5-505(1)(a)(viii)(D) | **150.00** | **150.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Buick Terraza** | Utah Code Ann. § 78B-5-506(3) | **2,500.00** | **12,000.00** |
| **1995 GMC Suburban** | Utah Code Ann. § 78B-5-506(3) | **2,500.00** | **500.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Blackberry** | Utah Code Ann. § 78B-5-506(2) | **150.00** | **150.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Wages** | Utah Code Ann. § 70C-7-103 | **75%** | **Unknown** |

                                                        Total:        **12,865.00**        **190,365.00**

  **0**  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Shaun C. Corbridge,**
          **Laura Annie Corbridge**
                                                                    Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Belle Monet Condominiums**<br>**c/o REMS**<br>**P.O. Box 1741**<br>**Provo, UT 84603** | | H | **Condo**<br><br><br><br>Value $          **175,000.00** | | | | **1,800.00** | **0.00** |
| Account No.<br><br>**Corrie Corbridge**<br>**85 Hill Haven Dr.**<br>**Perry, UT 84302** | | J | **7/2008**<br><br>**2005 Buick Terraza**<br><br>Value $           **12,000.00** | | | | **20,000.00** | **8,000.00** |
| Account No.<br><br>**Taylor, Bean & Whitiker**<br>**1417 North Magnolia Avenue**<br>**Ocala, FL 34475** | | H | **January, 2008**<br><br>**Mortgage**<br><br>**496 South 2150 West, #101**<br>**Pleasant Grove, UT  84062**<br>**Condo**<br>Value $          **175,000.00** | | | | **172,000.00** | **0.00** |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| **0**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **193,800.00** | **8,000.00** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **193,800.00** | **8,000.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Shaun C. Corbridge,**                                          Case No. _____
        **Laura Annie Corbridge**

_____ ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Shaun C. Corbridge,**
　　　**Laura Annie Corbridge**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br> **Utah State Labor Commission** <br> **160 East 300 South, Third Floor** <br> **P.O. Box 146612** <br> **Salt Lake City, UT 84111** | X | H | **Uninsured Employers Fund (SignCity, Inc.)** | | | | 2,000.00 | 0.00 <br><br> 2,000.00 |
| Account No. **11962425 002 STC** <br><br> **Utah State Tax Commission** <br> **Attn Legal Processes Unit** <br> **210 North 1950 West** <br> **Salt Lake City, UT 84134** | X | H | **Sales tax (SignCity)** | | | | 30,000.00 | 0.00 <br><br> 30,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 32,000.00 |
| | | 32,000.00 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 32,000.00 |
| | | 32,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Shaun C. Corbridge,**                                                           Case No. _____
         **Laura Annie Corbridge**
                                                                                                           ,
_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **600 R-E, LLC c/o Egan Investments 140 West 2100 South, Suite 130 Salt Lake City, UT 84115** | X | H | Building lease (SignCity, Inc.) | X | X | X | 11,697.47 |
| Account No. **3247** **A Plus Benefits 395 West 600 North Lindon, UT 84042** | X | H | Business debt. (SignCity, Inc.) | | | | 20,424.03 |
| Account No. **1091695** **Adecco Employment Services 1875 South State Street, Suite 1100 Orem, UT 84058** | X | H | Business debt (SignCity, Inc.) | X | X | X | 13,694.13 |
| Account No. **Add'l Notice for: Adecco Employment Services** | | | Adecco Employment Services Attn:  Helena Ky, Acct. Receivables 12062 Valley View Street, Suite 2258 Garden Grove, CA 92845 | | | | |

| | Subtotal (Total of this page) | 45,815.63 |
|---|---|---|

__20__  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          S/N:26011-081118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**
    **Laura Annie Corbridge**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> Add'l Notice for: <br> **Adecco Employment Services** | | | | | **Adecco Employment Services** <br> **175 Broadhollow Road** <br> **Melville, NY 11747** | | | | |
| Account No. **5584-1800-0988-6139** <br><br> **Advanta** <br> **P.O. Box 8088** <br> **Philadelphia, PA 19101-8088** | X | H | | | **Credit card purchases** | | | | 7,587.94 |
| Account No. <br><br> Add'l Notice for: <br> **Advanta** | | | | | **Advanta** <br> **P.O. Box 30715** <br> **Salt Lake City, UT 84130-0715** | | | | |
| Account No. **3-0864-153863** <br><br> **Allied Waste Services** <br> **P.O. Box 78429** <br> **Phoenix, AZ 85062-8429** | X | H | | | **Business debt (SignCity, Inc.)** | X | X | X | 274.77 |
| Account No. **3712-734369-52000** <br><br> **American Express** <br> **P.O. Box 650448** <br> **Dallas, TX 75265-0448** | X | H | | | **Credit card purchases** | | | | 2,188.26 |

Sheet no. __**1**___ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 10,050.97 |
|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**
   **Laura Annie Corbridge** Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Add'l Notice for: American Express** | | | | American Express P.O. Box 981535 El Paso, TX 79998-1535 | | | | |
| Account No. **3717-368589-91003** **American Express P.O. Box 650448 Dallas, TX 75265-0448** | X | H | | Credit card purchases | | | | 1,113.49 |
| Account No. **3715-542609-71004** **American Express P.O. Box 650448 Dallas, TX 75265-0448** | X | H | | Credit card purchases | | | | 0.00 |
| Account No. **3723-722363-61005** **American Express P.O. Box 650448 Dallas, TX 75265-0448** | X | H | | Credit card purchases | | | | 9,150.77 |
| Account No. **836186479** **AT&T P.O. Box 6463 Carol Stream, IL 60197-6463** | X | H | | Business debt (SignCity, Inc.) | X | X | X | 6,128.00 |

Sheet no. __2___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 16,392.26 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**
    **Laura Annie Corbridge**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5491-1303-1860-5516** | | | | Credit card purchases | | | | |
| **AT&T Universal** **P.O. Box 6940** **The Lakes, NV 88901-6940** | X | H | | | | | | 951.17 |
| Account No. | | | | AT&T Universal P.O. Box 44167 Jacksonville, FL 32231-4167 | | | | |
| Add'l Notice for: AT&T Universal | | | | | | | | |
| Account No. **5491-1303-1869-6317** | | | | Credit card purchases | | | | |
| **AT&T Universal** **P.O. Box 6940** **The Lakes, NV 88901-6940** | X | W | | | | | | 4,857.79 |
| Account No. **135194** | | | | Business debt (SignCity) | | | | |
| **Balboa Capital** **2010 Main Street, 11th Floor** **Irvine, CA 92614-7203** | X | H | | | | | | 35,000.00 |
| Account No. | | | | Balboa Capital Lease Administration Center P.O. Box 371992 Pittsburgh, PA 15250-7992 | | | | |
| Add'l Notice for: Balboa Capital | | | | | | | | |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **40,808.96**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
        **Laura Annie Corbridge**                                                Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Add'l Notice for: Balboa Capital** | | | | **Balboa Capital Corporation P.O. Box 14520 Irvine, CA 92623-4520** | | | | |
| Account No. **054-0135194-001** **Banc of America Leasing Lease Administration Center P.O. Box 371992 Pittsburgh, PA 15250-7992** | X | H | | **Loan (SignCity equipment)** | | | | **70,000.00** |
| Account No. **4888-9311-6109-0969** **Bank of America P.O. Box 15726 Wilmington, DE 19886-5726** | X | H | | **Credit card purchases** | | | | **28,734.65** |
| Account No. **Add'l Notice for: Bank of America** | | | | **Bank of America P.O. Box 15026 Wilmington, DE 19850-5026** | | | | |
| Account No. **4888-9300-2061-9158** **Bank of America P.O. Box 15726 Wilmington, DE 19886-5726** | X | H | | **Credit card purchases** | | | | **18,228.03** |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116,962.68**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**
      **Laura Annie Corbridge**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5490-3545-1212-1606** <br><br> **Bank of America** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886-5726** | X | H | **Credit card purchases** | | | | **8,939.17** |
| Account No. **4192-0000-0422-9308** <br><br> **Bank of America** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886-5726** | X | H | **Credit card purchases** | | | | **0.00** |
| Account No. **4339-9300-0476-9610** <br><br> **Bank of America** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886-5726** | X | H | **Credit card purchases** | | | | **0.00** |
| Account No. **5329-0681-1623-7249** <br><br> **Bank of America** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886-5726** | X | W | **Credit card purchases** | | | | **27,132.87** |
| Account No. **30358543** <br><br> **Bank of American Fork** <br> **P.O. Box 307** <br> **American Fork, UT 84003-0307** | X | H | **June, 2008** <br> **Business debt (SignCity, Inc.)** <br> **2008 Dodge Charger (Repossessed)** | | | | **45,732.83** |

Sheet no. __5___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**81,804.87**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
    **Laura Annie Corbridge**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5113451** <br><br> **Bank of American Fork** <br> **33 East Main Street** <br> **American Fork, UT 84003** | X | H | Line of credit | | | | 4,800.00 |
| Account No. <br><br> Add'l Notice for: <br> **Bank of American Fork** | | | **Bank of American Fork** <br> **P.O. Box 307** <br> **American Fork, UT 84003-0307** | | | | |
| Account No. **sig188** <br><br> **Bron Tape** <br> **805 West 1700 South** <br> **Salt Lake City, UT 84104-1736** | X | H | Business debt (SignCity, Inc.) | X | X | X | 623.96 |
| Account No. <br><br> **CalComp Graphic Solutions** <br> **6703 International Avenue** <br> **Cypress, CA 90630** | X | H | Business debt (SignCity, Inc.) | X | X | X | 2,020.00 |
| Account No. **4802-1371-0148-6902** <br><br> **Capital One** <br> **P.O. Box 60599** <br> **City Of Industry, CA 91716-0599** | X | H | Credit card purchases | | | | 0.00 |

Sheet no. __6___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,443.96

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**
　　　**Laura Annie Corbridge**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 41159072511501259 | | | | Credit card purchases | | | | |
| CapitalOne P.O. Box 60599 City Of Industry, CA 91716-0599 | X | H | | | | | | 4,762.76 |
| Account No. Add'l Notice for: CapitalOne | | | | CapitalOne P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | |
| Account No. 5582-5086-1982-5075 | | | | Credit card purchases | | | | |
| Chase P.O. Box 94014 Palatine, IL 60094-4014 | X | W | | | | | | 21,189.07 |
| Account No. Add'l Notice for: Chase | | | | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | |
| Account No. 5582-5086-1923-0540 | | | | Credit card purchases | | | | |
| Chase P.O. Box 94014 Palatine, IL 60094-4014 | X | H | | | | | | 16,179.77 |

Sheet no. __7___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,131.60

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**
      **Laura Annie Corbridge**                                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4246-3151-5834-0974**<br><br>**Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | X | H | Credit card purchases | | | | 6,373.61 |
| Account No. **5187-4802-6020-2971**<br><br>**Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | X | H | Credit card purchases | | | | 274.54 |
| Account No. **00450674104001**<br><br>**Chase Bank 4001**<br>**Mail Code A21-2004**<br>**901 West Baxter Dr.**<br>**South Jordan, UT 84095** | X | H | Business debt (Premier Management) | | | | 91,083.26 |
| Account No. **00450670535001**<br><br>**Chase Bank 5001**<br>**340 South Cleveland Avenue**<br>**Bldg. #370 OH-1188**<br>**Westerville, OH 43081** | X | W | Business debt (SignCity, Inc.) | | | | 101,983.84 |
| Account No. **xxxx-7565**<br><br>**Citibusiness**<br>**P.O. Box 6537**<br>**The Lakes, NV 88901-6537** | X | H | Credit card purchases | | | | 26,264.62 |

Sheet no. __**8**___ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225,979.87

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
       **Laura Annie Corbridge**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5588-2800-1524-6454** | | | Credit card purchases | | | | |
| **Citibusiness** **P.O. Box 6537** **The Lakes, NV 88901-6537** | X | H | | | | | 12,916.89 |
| Account No. | | | Lindon Building Lease (SignCity, Inc.) | | | | |
| **Colts Neck Investments, LLC** **360 North State Street A** **Lindon, UT 84042** | X | H | | | | | 11,717.41 |
| Account No. 8495444620145347 | | | Business debt (SignCity, Inc.) | | | | |
| **Comcast Cable 0145347** **P.O. Box 34744** **Seattle, WA 98124-1744** | X | H | | X | X | X | 83.37 |
| Account No. 8495444620145350 | | | Business debt (SignCity, Inc.) | | | | |
| **Comcast Cable 0145354** **P.O. Box 34744** **Seattle, WA 98124-1744** | X | H | | X | X | X | 88.37 |
| Account No. **003-7081803-001** | | | Equipment lease (SignCity, Inc.) | | | | |
| **Dell Financial** **Payment Processing Center** **P.O. Box 5292** **Carol Stream, IL 60197-5292** | X | H | | | | | 2,515.27 |

Sheet no. _**9**_ of _**20**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,321.31

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shaun C. Corbridge,**
   **Laura Annie Corbridge**                                                                 Case No. _____

                                                    ,
                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **003-7081803-003**<br><br>**Dell Financial**<br>**Payment Processing Center**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** | X | H | | | Equipment lease (SignCity, Inc.) | | | | 41,676.48 |
| Account No. **003-8227847-001**<br><br>**Dell Financial**<br>**Payment Processing Center**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** | X | H | | | Equipment lease (SignCity, Inc.) | | | | 14,290.25 |
| Account No. **6011-0091-1063-0212**<br><br>**Discover**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | X | H | | | Credit card purchases | | | | 10,814.95 |
| Account No.<br><br>**Add'l Notice for:**<br>**Discover** | | | | | **Discover**<br>**P.O. Box 30943**<br>**Salt Lake City, UT 84130-0943** | | | | |
| Account No. **124401**<br><br>**Feller's**<br>**P.O. Box 875540**<br>**Kansas City, MO 64187-5540** | X | H | | | Business debt (SignCity, Inc.) | X | X | X | 4,839.56 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,621.24

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
    **Laura Annie Corbridge**
                                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**FSVD**<br>**3601 North 250 West**<br>**Provo, UT 84604** | X | H | | **Business debt (Big World Supply)** | | | | 77,193.00 |
| Account No. **25573** <br><br>**Geneva Capital**<br>**522 Broadway Street, Suite 4**<br>**Alexandria, MN 56308** | X | H | | **Equipment lease (SignCity, Inc.)** | | | | 116,000.00 |
| Account No. <br><br>**Add'l Notice for:**<br>**Geneva Capital** | | | | **Derek A. Trosvig**<br>**Swenson Lervick Syverson Trosvig, et al.**<br>**Box 787-710 Boardway**<br>**Alexandria, MN 56308** | | | | |
| Account No. <br><br>**Grove Business Center**<br>**c/o Commerce CRG**<br>**P.O. Box 571530**<br>**Salt Lake City, UT 84157-1530** | X | H | | **Building lease (SignCity, Inc.)** | X | X | X | 3,954.12 |
| Account No. **6035-3225-0380-8200** <br><br>**Home Depot**<br>**Dept. 32-2503808200**<br>**The Lakes, NV 88901-6031** | X | H | | **Business debt (SignCity, Inc.)** | | | | 2,237.17 |

Sheet no. __11__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

199,384.29

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**          Case No. _____
     **Laura Annie Corbridge**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **107-269828529/118-64664956** | | J | | **Medical services** | | | | |
| **Intermountain Healthcare** **P.O. Box 30180** **Salt Lake City, UT 84120** | | | | | | | | **4,006.63** |
| Account No. **118-64664949** | | J | | **Medical services** | | | | |
| **Intermountain Healthcare** **P.O. Box 30180** **Salt Lake City, UT 84120** | | | | | | | | **1,889.14** |
| Account No. | X | H | | **Business debt (SignCity, Inc.)** | X | X | X | |
| **Interwest Safety Supply, Inc.** **P.O. Box 31** **Provo, UT 84603** | | | | | | | | **310.00** |
| Account No. | X | H | | **Business debt (SignCity, Inc.)** | X | X | X | |
| **Jensen Consulting Group, LLC** **514 East 270 North** **Lindon, UT 84042** | | | | | | | | **3,770.91** |
| Account No. **5180084581** | X | H | | **Business debt (SignCity, Inc.)** | | | | |
| **Key Bank** **P.O. Box 94831** **Cleveland, OH 44101-4831** | | | | | | | | **50,379.39** |

Sheet no. __**12**__ of __**20**__ sheets attached to Schedule of          Subtotal          **60,356.07**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
       **Laura Annie Corbridge**                                          Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt (SignCity, Inc.) | | | | |
| **Midwest Sign & Screen Printing Supply Co Department 0912 Denver, CO 80256-0912** | X | H | | X | X | X | 2,197.90 |
| Account No. **6001411** | | | Business debt (SignCity, Inc.) | | | | |
| **Montroy Supply Co. 2674 Raymond Avenue Signal Hill, CA 90755** | X | H | | X | X | X | 15,226.40 |
| Account No. | | | Business debt (Big World Supply) | | | | |
| **Mutoh America 2602 South 47th Street, #102 Phoenix, AZ 85034** | X | H | | X | X | X | 36,181.00 |
| Account No. | | | Ryley Carlock & Applewhite Attn:  Any M. Kuesic One North Central Avenue, Suite 1200 Phoenix, AZ 85004 | | | | |
| **Add'l Notice for: Mutoh America** | | | | | | | |
| Account No. | | | Business debt.(Big World Supply) | | | | |
| **National Graphics 2711 Miami Street Saint Louis, MO 63118-3898** | X | H | | | | | 2,000.00 |

Sheet no. __**13**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    55,605.30

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shaun C. Corbridge,**
    **Laura Annie Corbridge**                                              Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt (SignCity, Inc.) | | | | |
| **National Wood** **P.O. Box 65599** **Salt Lake City, UT 84165-0599** | X | H | | X | X | X | 3,506.00 |
| Account No. | | | Business debt (SignCity, Inc.) | | | | |
| **One Connect IP** **1730 Montano Road NW, Suite D** **Albuquerque, NM 87107** | X | H | | X | X | X | 1,598.57 |
| Account No. 26004095 | | | Business debt (SignCity, Inc.) | | | | |
| **Pitman Company** **File #91840** **Los Angeles, CA 90074-1840** | X | H | | X | X | X | 23,449.81 |
| Account No. | | | **Pitman Company** **21908 E. Valley Blvd.** **City of Industry, CA 91789** | | | | |
| **Add'l Notice for:** **Pitman Company** | | | | | | | |
| Account No. | | | Business debt (SignCity, Inc.) | | | | |
| **Plastic Fabricating** **3571 South 300 West** **Salt Lake City, UT 84115** | X | H | | X | X | X | 73.94 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **28,628.32**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shaun C. Corbridge,**
    **Laura Annie Corbridge**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **20074** | | | | Business debt (SignCity, Inc.) | | | | |
| Questar Gas P.O. Box 45841 Salt Lake City, UT 84139-0001 | X | H | | | X | X | X | 28.99 |
| Account No. **34619** | | | | Business debt (SignCity, Inc.) | | | | |
| Questar Gas P.O. Box 45841 Salt Lake City, UT 84139 | X | H | | | X | X | X | 5.64 |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| Qwest P.O. Box 29039 Phoenix, AZ 85038-9039 | X | H | | | X | X | X | 156.30 |
| Account No. **156770** | | | | Business debt (SignCity, Inc.) | | | | |
| Regional Supply 3571 South 300 West Salt Lake City, UT 84115 | X | H | | | X | X | X | 51,652.82 |
| Account No. **001** | | | | Utilities. Business debt (SignCity, Inc.) | | | | |
| Rocky Mountain Power 1033 NE 6th Avenue Portland, OR 97256-0001 | X | H | | | X | X | X | 646.32 |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,490.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shaun C. Corbridge,**                                              Case No. _____
         **Laura Annie Corbridge**
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **002** | | | | Utilities. Business debt (SignCity,Inc.) | | | | |
| **Rocky Mountain Power** **1033 NE 6th Avenue** **Portland, OR 97256-0001** | X | H | | | X | X | X | 1,067.94 |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| **RSL** **51 W. Center #195** **Orem, UT 84057** | X | H | | | | | | 77,193.00 |
| Account No. | | | | Ogden building lease. Business debt (SignCity, Inc.) | | | | |
| **SKR2 Holding - LLC** **650 South State Street** **Orem, UT 84058** | X | H | | | X | X | X | 20,000.00 |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| **Stouse, Inc.** **300 New Century Parkway** **New Century, KS 66031** | X | H | | | X | X | X | 3,582.29 |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| **Sugar House Awning** **7526 South State Street** **Midvale, UT 84047** | X | H | | | X | X | X | 1,764.10 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,607.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
    **Laura Annie Corbridge**
_____,
                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4037-8400-1493-5983**<br><br>**U.S. Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | X | H | **Credit card purchases** | | | | 12,955.92 |
| Account No.<br><br>Add'l Notice for:<br>**U.S. Bank** | | | **U.S. Bank**<br>**P.O. Box 6352**<br>**Fargo, ND 58125-6352** | | | | |
| Account No. **4428-2858-0700-1980**<br><br>**U.S. Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | X | H | **Credit card purchases** | | | | 23,407.23 |
| Account No. **9800898**<br><br>**U.S. Bank**<br>**P.O. Box 790167**<br>**Saint Louis, MO 63179-0167** | X | H | **Installment Loan** | | | | 19,000.00 |
| Account No. **600-0051585-000**<br><br>**U.S. Bank**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** | X | H | **Equipment lease. (SignCity, Inc.)** | | | | 98,673.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

154,036.15

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
 **Laura Annie Corbridge**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| **U.S. Development, Inc.** **1513 Hillfield Road, #1** **Layton, UT 84041** | X | H | | | | | | 775.06 |
| Account No. 4270-8100-2599-4481 | | | | Credit card purchases | | | | |
| **USAA** **10750 Mcdermott FWY** **San Antonio, TX 78288-0570** | X | W | | | | | | 30,459.23 |
| Account No. | | | | **USAA** **P.O. Box 65020** **San Antonio, TX 78265-5020** | | | | |
| **Add'l Notice for:** **USAA** | | | | | | | | |
| Account No. 62397 | | | | Property taxes (SignCity) | | | | |
| **Utah County Assessor** **Personal Property Division** **100 E. Center Street** **Provo, UT 84606** | X | H | | | X | X | X | 0.00 |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| **UTFC** **699 East South Temple, Suite 220** **Salt Lake City, UT 84102** | X | H | | | | | | 115,151.35 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

146,385.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**  Case No. _____
        **Laura Annie Corbridge**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8017961411** | | | Business debt (SignCity, inc.) | | | | |
| **Veracity** **379 N. University Avenue, Suite 301** **Provo, UT 84601** | X | H | | X | X | X | 580.18 |
| Account No. **471036274-00001** | | | Business debt (SignCity, Inc.) | | | | |
| **Verizon Wireless** **P.O. Box 9622** **Mission Hills, CA 91346-9622** | X | H | | X | X | X | 7,791.03 |
| Account No. **4559-9645-0085-5543** | | | Credit card purchases | | | | |
| **Washington Mutual** **P.O. Box 660487** **Dallas, TX 75266-0487** | X | H | | | | | 15,588.36 |
| Account No. | | | **Washington Mutual** **P.O. Box 660509** **Dallas, TX 75266-0509** | | | | |
| **Add'l Notice for:** **Washington Mutual** | | | | | | | |
| Account No. **718568116** | | | Business debt (SignCity, Inc.) | | | | |
| **Washington Mutual** **7255 Baymeadow Way - JAXA2040** **Jacksonville, FL 32256** | X | H | | | | | 81,749.99 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **105,709.56**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shaun C. Corbridge,**
    **Laura Annie Corbridge**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| **Wood Crapo 500 Eagle Gate Tower 60 East South Temple Salt Lake City, UT 84111** | X | H | | | X | X | X | 8,800.44 |
| Account No. | | | | Business debt (SignCity, Inc.) | | | | |
| **Yellow Book USA P.O. Box 51444 Los Angeles, CA 90051-5744** | X | H | | | X | X | X | 156.11 |
| Account No. 001-00560-9624252-9001 | | | | Business debt (SignCity, Inc.) | | | | |
| **Zions Bank 2460 South 3270 West Salt Lake City, UT 84119** | X | H | | | | | | 49,227.84 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 58,184.39 |
| | Total (Report on Summary of Schedules) | 1,650,720.47 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re     **Shaun C. Corbridge,**                                                    Case No. _____
     **Laura Annie Corbridge**

_____ ,
                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

 

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                

B6H (Official Form 6H) (12/07)

In re   **Shaun C. Corbridge,**                                          Case No. _____
          **Laura Annie Corbridge**
_____,
                                 Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **National Graphics**<br>**2711 Miami Street**<br>**Saint Louis, MO 63118-3898** |
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Mutoh America**<br>**2602 South 47th Street, #102**<br>**Phoenix, AZ 85034** |
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Advanta**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** |
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Bank of American Fork**<br>**33 East Main Street**<br>**American Fork, UT 84003** |
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Capital One**<br>**P.O. Box 60599**<br>**City Of Industry, CA 91716-0599** |
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Citibusiness**<br>**P.O. Box 6537**<br>**The Lakes, NV 88901-6537** |
| **Big World Supply**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **FSVD**<br>**3601 North 250 West**<br>**Provo, UT 84604** |
| **Premier Management**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** |
| **Premier Management**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** |
| **Premier Management**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **CapitalOne**<br>**P.O. Box 60599**<br>**City Of Industry, CA 91716-0599** |
| **Premier Management**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** |

**6**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Shaun C. Corbridge,**                                    Case No. _____
         **Laura Annie Corbridge,**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Premier Management**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Chase Bank 4001**<br>**Mail Code A21-2004**<br>**901 West Baxter Dr.**<br>**South Jordan, UT 84095** |
| **SC Marketing**<br>**125 E. Main Street, #215**<br>**American Fork, UT 84003** | **Citibusiness**<br>**P.O. Box 6537**<br>**The Lakes, NV 88901-6537** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **600 R-E, LLC**<br>**c/o Egan Investments**<br>**140 West 2100 South, Suite 130**<br>**Salt Lake City, UT 84115** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **A Plus Benefits**<br>**395 West 600 North**<br>**Lindon, UT 84042** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Adecco Employment Services**<br>**1875 South State Street, Suite 1100**<br>**Orem, UT 84058** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Allied Waste Services**<br>**P.O. Box 78429**<br>**Phoenix, AZ 85062-8429** |
| **SignCity, Inc.**<br>**125 E.Main Street, #604**<br>**American Fork, UT 84003** | **AT&T**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Banc of America Leasing**<br>**Lease Administration Center**<br>**P.O. Box 371992**<br>**Pittsburgh, PA 15250-7992** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Bank of American Fork**<br>**P.O. Box 307**<br>**American Fork, UT 84003-0307** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Bron Tape**<br>**805 West 1700 South**<br>**Salt Lake City, UT 84104-1736** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **CalComp Graphic Solutions**<br>**6703 International Avenue**<br>**Cypress, CA 90630** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Chase Bank 5001**<br>**340 South Cleveland Avenue**<br>**Bldg. #370 OH-1188**<br>**Westerville, OH 43081** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Shaun C. Corbridge,**                                    Case No. _____
        **Laura Annie Corbridge**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SignCity, Inc.**<br>**125 E. Main Street, 604**<br>**American Fork, UT 84003** | **Colts Neck Investments, LLC**<br>**360 North State Street A**<br>**Lindon, UT 84042** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Comcast Cable 0145347**<br>**P.O. Box 34744**<br>**Seattle, WA 98124-1744** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Comcast Cable 0145354**<br>**P.O. Box 34744**<br>**Seattle, WA 98124-1744** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Dell Financial**<br>**Payment Processing Center**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Dell Financial**<br>**Payment Processing Center**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Dell Financial**<br>**Payment Processing Center**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Feller's**<br>**P.O. Box 875540**<br>**Kansas City, MO 64187-5540** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Geneva Capital**<br>**522 Broadway Street, Suite 4**<br>**Alexandria, MN 56308** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Grove Business Center**<br>**c/o Commerce CRG**<br>**P.O. Box 571530**<br>**Salt Lake City, UT 84157-1530** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Home Depot**<br>**Dept. 32-2503808200**<br>**The Lakes, NV 88901-6031** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Interwest Safety Supply, Inc.**<br>**P.O. Box 31**<br>**Provo, UT 84603** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Jensen Consulting Group, LLC**<br>**514 East 270 North**<br>**Lindon, UT 84042** |

Sheet  __2__  of  __6__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Shaun C. Corbridge,**                                          Case No. _____
          **Laura Annie Corbridge,**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Key Bank**<br>**P.O. Box 94831**<br>**Cleveland, OH 44101-4831** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Zions Bank**<br>**2460 South 3270 West**<br>**Salt Lake City, UT 84119** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Yellow Book USA**<br>**P.O. Box 51444**<br>**Los Angeles, CA 90051-5744** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Wood Crapo**<br>**500 Eagle Gate Tower**<br>**60 East South Temple**<br>**Salt Lake City, UT 84111** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Washington Mutual**<br>**7255 Baymeadow Way - JAXA2040**<br>**Jacksonville, FL 32256** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Washington Mutual**<br>**P.O. Box 660487**<br>**Dallas, TX 75266-0487** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Verizon Wireless**<br>**P.O. Box 9622**<br>**Mission Hills, CA 91346-9622** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Veracity**<br>**379 N. University Avenue, Suite 301**<br>**Provo, UT 84601** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **UTFC**<br>**699 East South Temple, Suite 220**<br>**Salt Lake City, UT 84102** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **USAA**<br>**10750 Mcdermott FWY**<br>**San Antonio, TX 78288-0570** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **U.S. Development, Inc.**<br>**1513 Hillfield Road, #1**<br>**Layton, UT 84041** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **U.S. Bank**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **U.S. Bank**<br>**P.O. Box 790167**<br>**Saint Louis, MO 63179-0167** |

Sheet  **3**  of  **6**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Shaun C. Corbridge,**                              Case No. _____

        **Laura Annie Corbridge**

                                             Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **U.S. Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **U.S. Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Sugar House Awning**<br>**7526 South State Street**<br>**Midvale, UT 84047** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Stouse, Inc.**<br>**300 New Century Parkway**<br>**New Century, KS 66031** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **SKR2 Holding - LLC**<br>**650 South State Street**<br>**Orem, UT 84058** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **RSL**<br>**51 W. Center #195**<br>**Orem, UT 84057** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Rocky Mountain Power**<br>**1033 NE 6th Avenue**<br>**Portland, OR 97256-0001** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Rocky Mountain Power**<br>**1033 NE 6th Avenue**<br>**Portland, OR 97256-0001** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Regional Supply**<br>**3571 South 300 West**<br>**Salt Lake City, UT 84115** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Qwest**<br>**P.O. Box 29039**<br>**Phoenix, AZ 85038-9039** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Questar Gas**<br>**P.O. Box 45841**<br>**Salt Lake City, UT 84139** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Questar Gas**<br>**P.O. Box 45841**<br>**Salt Lake City, UT 84139-0001** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Plastic Fabricating**<br>**3571 South 300 West**<br>**Salt Lake City, UT 84115** |

Sheet   **4**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re   **Shaun C. Corbridge,**                        Case No. _____
         **Laura Annie Corbridge**

                                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Pitman Company**<br>**File #91840**<br>**Los Angeles, CA 90074-1840** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **One Connect IP**<br>**1730 Montano Road NW, Suite D**<br>**Albuquerque, NM 87107** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **National Wood**<br>**P.O. Box 65599**<br>**Salt Lake City, UT 84165-0599** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Montroy Supply Co.**<br>**2674 Raymond Avenue**<br>**Signal Hill, CA 90755** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Midwest Sign & Screen Printing Supply Co**<br>**Department 0912**<br>**Denver, CO 80256-0912** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Discover**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Utah County Assessor**<br>**Personal Property Division**<br>**100 E. Center Street**<br>**Provo, UT 84606** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Utah State Tax Commission**<br>**Attn Legal Processes Unit**<br>**210 North 1950 West**<br>**Salt Lake City, UT 84134** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Balboa Capital**<br>**2010 Main Street, 11th Floor**<br>**Irvine, CA 92614-7203** |

Sheet  **5**  of  **6**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re   **Shaun C. Corbridge,**                                          Case No. _____
     **Laura Annie Corbridge**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Utah State Labor Commission**<br>**160 East 300 South, Third Floor**<br>**P.O. Box 146612**<br>**Salt Lake City, UT 84111** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **AT&T Universal**<br>**P.O. Box 6940**<br>**The Lakes, NV 88901-6940** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **AT&T Universal**<br>**P.O. Box 6940**<br>**The Lakes, NV 88901-6940** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** |
| **SignCity, Inc.**<br>**125 E. Main Street, #604**<br>**American Fork, UT 84003** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Shaun C. Corbridge**
     **Laura Annie Corbridge**            Case No. _____
           Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Daughter**<br>**Son** | AGE(S):<br>**1 week**<br>**2**<br>**4**<br>**6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | **Unemployed (SignCity)** | **Homemaker** |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 0.00 |

                                 (Report also on Summary of Schedules and, if applicable, on
                                 Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Shaun C. Corbridge**
**Laura Annie Corbridge**                                      Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,400.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | |
| b. Is property insurance included? | Yes ___  No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 250.00 |
| b. Water and sewer | | $ 50.00 |
| c. Telephone | | $ 50.00 |
| d. Other  **cell phone** | | $ 150.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 200.00 |
| 4. Food | | $ 800.00 |
| 5. Clothing | | $ 150.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 30.00 |
| c. Health | | $ 600.00 |
| d. Auto | | $ 150.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Taxes** | | $ 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 500.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **Education expense for children under 18** | | $ 50.00 |
| Other | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,190.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ 0.00 |
| b.   Average monthly expenses from Line 18 above | | $ 6,190.00 |
| c.   Monthly net income (a. minus b.) | | $ -6,190.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re  **Shaun C. Corbridge**
**Laura Annie Corbridge**
_____         Case No. _____
Debtor(s)                         Chapter    **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__**42**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 9, 2008**_____      Signature  **/s/ Shaun C. Corbridge**_____
**Shaun C. Corbridge**
Debtor

Date  **December 9, 2008**_____      Signature  **/s/ Laura Annie Corbridge**_____
**Laura Annie Corbridge**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Utah

In re    Shaun C. Corbridge                                 Case No.

        Laura Annie Corbridge

                                      Debtor(s)         Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,462.59** | **January 1, 2008 year-to-date/SignCity** |
| **$234,666.12** | **2007 SignCity, Big World Supply** |
| **$425,980.67** | **2006, SignCity, Big World Supply, Premier Management** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$400.69** | **2007 Utah Power Credit Union (Dividends) (Shaun)** |
| **$1,158.95** | **2006 Utah Power Credit Union (Dividends) (Shaun)** |
| **$151.12** | **2007 Utah Power Credit Union (Dividends) (Laura)** |
| **$50.81** | **2006 Utah Power Credit Union (Dividends) (Laura)** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kyle Corbridge**<br>**Casper, WY**<br>    **Brother** | **Jan. 2008 ($1,000)**<br>**Feb. 2008 ($1,000)**<br>**Mar. 2008 ($1,000)**<br>**Apr. 2008 ($1,000)**<br>**May 2008 ($1,000)**<br>**Jun. 2008 ($2,000)** | **$7,000.00** | **$98,000.00** |

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐   this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
    whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Belle Monet Condominiums v. Shaun C. Corbridge Case No. 080103628** | **Debt Collection** | **4th District Court, American Fork, Utah County, State of Utah** | **Pending** |
| **Colts Neck Investment, Inc. v. SignCity, Inc., Chris Salisbury, Shaun C. Corbridge Case No. 080403693** | **Collection** | **Fourth Judicial District Court, State of Utah, Utah County, Provo Department, 125 North 100 West, Provo, UT 84601** | **Pending** |
| **UTFC Financing Solutions, LLC v. Shaun Corbridge, SignCity, Inc. and Big World Supply, LLC Case No. 080922434** | **Collection** | **Third Judicial District Court, State of Utah, Salt Lake County 450 South State Street, P.O. Box 1860, Salt Lake City, UT 84114** | **Pending** |
| **Signz & Lightz, LLC v. Shaun Corbridge, Sign City, Inc. Case No. 080400976** | **Contracts** | **4th District Court, Provo, Utah County, State of Utah** | **Pending** |
| **Sage General Contracting, Inc. v. Shaun C. Corbridge Case No. 070403689** | **Lien/Mortgage Foreclosure** | **4th District Court, Provo, Utah County, State of Utah** | **Pending** |
| **JP Morgage Chase Bank v. Premier Management, Shaun C. Corbridge Case No. 080403095** | **Debt Collection** | **4th District Court, Provo, Utah County, State of Utah** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
    property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
    filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
    or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
    spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of American Fork** | **November 18, 2008** | **2008 Dodge Charger** |

4

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **LDS Church** | **Church** | **December, 2007 thru November, 2008** | **Tithing / $2,960.00** |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McKay, Burton & Thurman 170 South Main Street, Suite 800 Salt Lake City, UT 84101** | **November, 2008** | **$4,000.00** |

5

**10. Other transfers**

None
■
  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐
  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Charles and Olivia Baird (On Mission in Ukraine-Laura's Parents)** | **House and Lot ($350,000.00) All contents of house and personal items (furniture, personal items, fixtures, vehicles, etc.) ($150,000.00)** | **1596 North 1400 East, Lehi, Utah 84043** |

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Charles and Olivia Baird**<br>**(Mission in Ukraine)** | **Mountain America Credit Union Savings**<br>**Acct. No. 0002427689-1**<br>**Balance: $6,504.29** | **Mountain America Credit**<br>**Union, P.O. Box 9001, West**<br>**Jordan, UT 84084** |

### 15.  Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **30 South 725 East, #B,**<br>**Lindon, Utah 84042** | | **January, 2007 thru January,**<br>**2008** |
| **3242 Millcreek Rd.**<br>**Pleasant Grove, Utah 84062** | | **April, 2005 thru January, 2007** |

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None    ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **SignCity, Inc.** | **20-1563505** | **125 E. Main Street, #604 American Fork, UT 84003** | **Signs/Marketing/Advertising** | **July, 2003 thru November, 2008** |
| **Premier Management** | **20-8758673** | **125 E. Main Street, #215 American Fork, UT 84003** | **Real Estate Management** | **June, 2003 thru July, 2007** |
| **Big World Supply** | **20-4574622** | **125 East Main Street, #604 American Fork, UT 84003** | **Wholesale Sign Supply** | **February, 2006 thru October, 2007** |
| **SC Marketing** | **XXX-XX-1867** | **125 E. Main Street, #215 American Fork, UT 84003** | **Signs/Marketing/Advertising** | **May, 2000 thru October, 2004** |

None    ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                      ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*    (An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None    ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED

None    ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| **Shaun Corbridge** | **125 East Main Street, #215 American Fork, UT 84003** | **Last two years** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **None** | |

**None were kept.**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|---------------------|------------------------|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|---------------------------------|------------------------------------------------------|

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **December 9, 2008**                    Signature   **/s/ Shaun C. Corbridge**
                                                            **Shaun C. Corbridge**
                                                            Debtor


Date   **December 9, 2008**                    Signature   **/s/ Laura Annie Corbridge**
                                                            **Laura Annie Corbridge**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re  **Shaun C. Corbridge**
**Laura Annie Corbridge**
_____    Case No. _____
Debtor(s)    Chapter    **7**    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Corrie Corbridge | **Describe Property Securing Debt:**<br>2005 Buick Terraza |

Property will be (check one):
&#9633; Surrendered    &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt    &#9633; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9633; YES        &#9633; NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 9, 2008** _____    Signature  **/s/ Shaun C. Corbridge** _____
**Shaun C. Corbridge**
Debtor

Date  **December 9, 2008** _____    Signature  **/s/ Laura Annie Corbridge** _____
**Laura Annie Corbridge**
Joint Debtor

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Jamie L. Nopper 10703 | X /s/ Jamie L. Nopper | December 9, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**170 South Main Street, Suite 800
Salt Lake City, UT 84101
801-521-4135**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Shaun C. Corbridge
Laura Annie Corbridge | X /s/ Shaun C. Corbridge | December 9, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Laura Annie Corbridge | December 9, 2008 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### District of Utah

In re    **Shaun C. Corbridge**
      **Laura Annie Corbridge**            Case No. _____

                            Debtor(s)       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **December 9, 2008**            **/s/ Shaun C. Corbridge**
                                   **Shaun C. Corbridge**
                                   Signature of Debtor

Date:    **December 9, 2008**            **/s/ Laura Annie Corbridge**
                                   **Laura Annie Corbridge**
                                   Signature of Debtor

```
Utah State Tax Commission
Attn Legal Processes Unit
210 North 1950 West
Salt Lake City, UT 84134

District Counsel
Internal Revenue Service
150 Social Hall Ave. #313A
Salt Lake City, UT 84111

District Director, IRS
Attn: Insolvancy Unit-7
50 South 200 East, Mail Stop 5021
Salt Lake City, UT 84111

Stephen W. Lewis
Assistant Attorney General
160 East 300 South  Mail Stop 140874
Salt Lake City, UT 84114-0874

600 R-E, LLC
c/o Egan Investments
140 West 2100 South, Suite 130
Salt Lake City, UT 84115

A Plus Benefits
395 West 600 North
Lindon, UT 84042

Adecco Employment Services
1875 South State Street, Suite 1100
Orem, UT 84058

Adecco Employment Services
Attn:  Helena Ky, Acct. Receivables
12062 Valley View Street, Suite 2258
Garden Grove, CA 92845

Adecco Employment Services
175 Broadhollow Road
Melville, NY 11747

Advanta
P.O. Box 8088
Philadelphia, PA 19101-8088

Advanta
P.O. Box 30715
Salt Lake City, UT 84130-0715

Allied Waste Services
P.O. Box 78429
Phoenix, AZ 85062-8429
```

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express
P.O. Box 981535
El Paso, TX 79998-1535

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

AT&T Universal
P.O. Box 6940
The Lakes, NV 88901-6940

AT&T Universal
P.O. Box 44167
Jacksonville, FL 32231-4167

Balboa Capital
2010 Main Street, 11th Floor
Irvine, CA 92614-7203

Balboa Capital
Lease Administration Center
P.O. Box 371992
Pittsburgh, PA 15250-7992

Balboa Capital Corporation
P.O. Box 14520
Irvine, CA 92623-4520

Banc of America Leasing
Lease Administration Center
P.O. Box 371992
Pittsburgh, PA 15250-7992

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of American Fork
P.O. Box 307
American Fork, UT 84003-0307

Bank of American Fork
33 East Main Street
American Fork, UT 84003

Belle Monet Condominiums
c/o REMS
P.O. Box 1741
Provo, UT 84603

Big World Supply
125 E. Main Street, #215
American Fork, UT 84003

Bron Tape
805 West 1700 South
Salt Lake City, UT 84104-1736

CalComp Graphic Solutions
6703 International Avenue
Cypress, CA 90630

Capital One
P.O. Box 60599
City Of Industry, CA 91716-0599

CapitalOne
P.O. Box 60599
City Of Industry, CA 91716-0599

CapitalOne
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank 4001
Mail Code A21-2004
901 West Baxter Dr.
South Jordan, UT 84095

Chase Bank 5001
340 South Cleveland Avenue
Bldg. #370 OH-1188
Westerville, OH 43081

Citibusiness
P.O. Box 6537
The Lakes, NV 88901-6537

Colts Neck Investments, LLC
360 North State Street A
Lindon, UT 84042

Comcast Cable 0145347
P.O. Box 34744
Seattle, WA 98124-1744

Comcast Cable 0145354
P.O. Box 34744
Seattle, WA 98124-1744

Corrie Corbridge
85 Hill Haven Dr.
Perry, UT 84302

Dell Financial
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Derek A. Trosvig
Swenson Lervick Syverson Trosvig, et al.
Box 787-710 Boardway
Alexandria, MN 56308

Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395

Discover
P.O. Box 30943
Salt Lake City, UT 84130-0943

Feller's
P.O. Box 875540
Kansas City, MO 64187-5540

FSVD
3601 North 250 West
Provo, UT 84604

Geneva Capital
522 Broadway Street, Suite 4
Alexandria, MN 56308

Grove Business Center
c/o Commerce CRG
P.O. Box 571530
Salt Lake City, UT 84157-1530

Home Depot
Dept. 32-2503808200
The Lakes, NV 88901-6031

Intermountain Healthcare
P.O. Box 30180
Salt Lake City, UT 84120

Interwest Safety Supply, Inc.
P.O. Box 31
Provo, UT 84603

Jensen Consulting Group, LLC
514 East 270 North
Lindon, UT 84042

Key Bank
P.O. Box 94831
Cleveland, OH 44101-4831

Midwest Sign & Screen Printing Supply Co
Department 0912
Denver, CO 80256-0912

Montroy Supply Co.
2674 Raymond Avenue
Signal Hill, CA 90755

Mutoh America
2602 South 47th Street, #102
Phoenix, AZ 85034

National Graphics
2711 Miami Street
Saint Louis, MO 63118-3898

National Wood
P.O. Box 65599
Salt Lake City, UT 84165-0599

One Connect IP
1730 Montano Road NW, Suite D
Albuquerque, NM 87107

Pitman Company
File #91840
Los Angeles, CA 90074-1840

Pitman Company
21908 E. Valley Blvd.
City of Industry, CA 91789

Plastic Fabricating
3571 South 300 West
Salt Lake City, UT 84115

Premier Management
125 E. Main Street, #215
American Fork, UT 84003

Questar Gas
P.O. Box 45841
Salt Lake City, UT 84139

Qwest
P.O. Box 29039
Phoenix, AZ 85038-9039

Regional Supply
3571 South 300 West
Salt Lake City, UT 84115

Rocky Mountain Power
1033 NE 6th Avenue
Portland, OR 97256-0001

RSL
51 W. Center #195
Orem, UT 84057

Ryley Carlock & Applewhite
Attn: Any M. Kuesic
One North Central Avenue, Suite 1200
Phoenix, AZ 85004

SC Marketing
125 E. Main Street, #215
American Fork, UT 84003

SignCity, Inc.
125 E. Main Street, #604
American Fork, UT 84003

SignCity, Inc.
125 E.Main Street, #604
American Fork, UT 84003

SignCity, Inc.
125 E. Main Street, 604
American Fork, UT 84003

SKR2 Holding - LLC
650 South State Street
Orem, UT 84058

Stouse, Inc.
300 New Century Parkway
New Century, KS 66031

Sugar House Awning
7526 South State Street
Midvale, UT 84047

Taylor, Bean & Whitiker
1417 North Magnolia Avenue
Ocala, FL 34475

U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

U.S. Bank
P.O. Box 790167
Saint Louis, MO 63179-0167

U.S. Bank
P.O. Box 790448
Saint Louis, MO 63179-0448

U.S. Bank
P.O. Box 6352
Fargo, ND 58125-6352

U.S. Development, Inc.
1513 Hillfield Road, #1
Layton, UT 84041

USAA
10750 Mcdermott FWY
San Antonio, TX 78288-0570

USAA
P.O. Box 65020
San Antonio, TX 78265-5020

Utah County Assessor
Personal Property Division
100 E. Center Street
Provo, UT 84606

Utah State Labor Commission
160 East 300 South, Third Floor
P.O. Box 146612
Salt Lake City, UT 84111

UTFC
699 East South Temple, Suite 220
Salt Lake City, UT 84102

Veracity
379 N. University Avenue, Suite 301
Provo, UT 84601

Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346-9622

Washington Mutual
P.O. Box 660487
Dallas, TX 75266-0487

Washington Mutual
7255 Baymeadow Way - JAXA2040
Jacksonville, FL 32256

Washington Mutual
P.O. Box 660509
Dallas, TX 75266-0509

Wood Crapo
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Yellow Book USA
P.O. Box 51444
Los Angeles, CA 90051-5744

Zions Bank
2460 South 3270 West
Salt Lake City, UT 84119