# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
　　　　　　　　　　　　　　　　§
CORBRIDGE, SHAUN C.　　　　§　　Case No. 08-28780 WTT
CORBRIDGE, LAURA ANNIE　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　Debtor(s)　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___ . The undersigned trustee was appointed on ___ .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　　　$

　　　Funds were disbursed in the following amounts:

　　　Payments made under an interim disbursement
　　　Administrative expenses
　　　Other payments to creditors
　　　Non-estate funds paid to 3rd Parties
　　　Exemptions paid to the debtor
　　　Other payments to the debtor

　　　Leaving a balance on hand of[1]　　　　$

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was             and the deadline for filing governmental claims was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $         , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $        , for total expenses of $        .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP G. JONES, TRUSTEE_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1
of 14
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-28780 WTT Judge: WILLIAM T. THURMAN | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | CORBRIDGE, SHAUN C. | Date Filed (f) or Converted (c): | 12/10/08 (f) |
| | CORBRIDGE, LAURA ANNIE | 341(a) Meeting Date: | 01/20/09 |
| For Period Ending: | 12/21/10 | Claims Bar Date: | 08/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 496 South 2150 West, #101 Pleasant Grove, UT 84062 | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account No. 74232, Utah Power Credit Unio | 13.51 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account No. 27641, Utah Power Credit Unio | 8.94 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account No. 29041, Utah Power Credit Union | 5.35 | 0.00 | DA | 0.00 | FA |
| 5. Savings Acct. No. 0002427689-20, Mountain America | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. Savings Acct. No. 0002427689-01, Mountain America | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Beds ($600); Sewing machine ($800). | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 8. Kitchen Table and Chairs. | 75.00 | 0.00 | DA | 0.00 | FA |
| 9. Sofas (2) ($200); End tables ($10); Living room ch | 860.00 | 0.00 | DA | 0.00 | FA |
| 10. Cell phone | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. Kids books ($30); Pictures and other art objects ( | 180.00 | 0.00 | DA | 0.00 | FA |
| 12. Misc. Clothing | 150.00 | 0.00 | DA | 0.00 | FA |
| 13. Misc. bracelets & necklaces | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. 9 mm pistol | 250.00 | 0.00 | DA | 0.00 | FA |
| 15. Camera and photo equipment. | 75.00 | 50.00 | | 50.00 | FA |
| 16. Farmers Insurance (Term life) | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. SignCity, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Premier Management | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. Influence International, Inc. (K-1 from 2007 showe | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. SignCity loan ($247,000.00) | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. Big World Supply Loan ($250,000.00) | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. 2005 Buick Terraza | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 23. 1995 GMC Suburban | 500.00 | 0.00 | DA | 0.00 | FA |
| 24. Blackberry | 150.00 | 0.00 | DA | 0.00 | FA |
| 25. Toolset | 50.00 | 50.00 | | 50.00 | FA |
| 26. Wages | 0.00 | Unknown | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 08-28780 WTT   Judge: WILLIAM T. THURMAN | Trustee Name: | PHILIP G. JONES, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CORBRIDGE, SHAUN C. | Date Filed (f) or Converted (c): | 12/10/08 (f) |
| | CORBRIDGE, LAURA ANNIE | 341(a) Meeting Date: | 01/20/09 |
| | | Claims Bar Date: | 08/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. tax refund (u) | 0.00 | 5,215.77 | | 5,215.77 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.53 | Unknown |
| TOTALS (Excluding Unknown Values) | $190,967.80 | $5,315.77 | | $5,320.30 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Objection to Claim pending - TFR when order signed

Awaiting taxes

Initial Projected Date of Final Report (TFR): 06/15/09    Current Projected Date of Final Report (TFR): 02/15/11

LFORM1    UST Form 101-7-TFR (10/1/2010) *(Page: 4)*                                                         Ver: 16.01a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-28780 -WTT | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | CORBRIDGE, SHAUN C. | Bank Name: | Union Bank |
| | CORBRIDGE, LAURA ANNIE | Account Number / CD #: | *******7314  BofA - Money Market Account |
| Taxpayer ID No: | *******6045 | | |
| For Period Ending: | 12/21/10 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/09 | * NOTE * | UTAH POWER | TAXES AND PROPERTY | 1224-000 | 5,315.77 | | 5,315.77 |
| | | | * NOTE *  Properties 15, 25, 27 | | | | |
| 05/29/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.23 | | 5,316.00 |
| 06/30/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.67 | | 5,316.67 |
| 07/31/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.65 | | 5,317.32 |
| 08/31/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.65 | | 5,317.97 |
| 09/30/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.63 | | 5,318.60 |
| 10/30/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.63 | | 5,319.23 |
| 11/30/09 | INT | Union Bank | Interest Rate  0.150 | 1270-000 | 0.65 | | 5,319.88 |
| 12/19/09 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.42 | | 5,320.30 |
| 12/19/09 | | Transfer to Acct #*******9294 | Final Posting Transfer | 9999-000 | | 5,320.30 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 5,320.30 | 5,320.30 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 5,320.30 | |
| Subtotal | | 5,320.30 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 5,320.30 | 0.00 | |

Page Subtotals    5,320.30    5,320.30

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM24

Ver: 16.01a

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-28780 -WTT | | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CORBRIDGE, SHAUN C. | | Bank Name: | Union Bank |
| | CORBRIDGE, LAURA ANNIE | | Account Number / CD #: | *******9294  BofA - Checking Account |
| Taxpayer ID No: | *******6045 | | | |
| For Period Ending: | 12/21/10 | | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/09 | | Transfer from Acct #*******7314 | Transfer In From MMA Account | 9999-000 | 5,320.30 | | 5,320.30 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,320.30 | 0.00 | 5,320.30 |
| Less:  Bank Transfers/CD's | 5,320.30 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********7314 | 5,320.30 | 0.00 | 0.00 |
| BofA - Checking Account - ********9294 | 0.00 | 0.00 | 5,320.30 |
| | 5,320.30 | 0.00 | 5,320.30 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      5,320.30      0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-28780 | | Page 1 | | | Date: December 21, 2010 |
| Debtor Name: | CORBRIDGE, SHAUN C. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 040 5800-00 | Utah State Labor Commission<br>160 East 300 South, Third Floor<br>P.O. Box 146612<br>Salt Lake City, UT 84111 | Priority | Filed 02/24/09 | $0.00 | $2,000.00 | $2,000.00 |
| 000004 040 5800-00 | Utah State Tax Commission<br>Attn Legal Processes Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Priority | Filed 02/24/09 | $0.00 | $30,000.00 | $30,000.00 |
| 000001 070 7100-00 | Yellow Book Pacific<br>RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | Unsecured | Filed 02/12/09 | $0.00 | $756.00 | $756.00 |
| 000002 070 7100-00 | Adecco Employment Services<br>175 Broadhollow Road<br>Melville, NY 11747 | Unsecured | Filed 02/20/09 | $0.00 | $13,694.13 | $13,694.13 |
| 000005 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 06/03/09 | $0.00 | $11,153.62 | $11,153.62 |
| 000006 070 7100-00 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | Filed 06/04/09 | $0.00 | $30,834.46 | $30,834.46 |
| 000007 070 7100-00 | Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South<br>P. O. Box 3194<br>Salt Lake City UT 84110-3194 | Unsecured | Filed 06/05/09 | $0.00 | $108.53 | $108.53 |
| 000008 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 06/10/09 | $0.00 | $1,118.31 | $1,118.31 |
| 000009 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 06/10/09 | $0.00 | $5,214.69 | $5,214.69 |
| 000010 070 7100-00 | Bank of American Fork<br>P.O. Box 307<br>American Fork, UT 84003-0307 | Unsecured | Filed 06/08/09 | $0.00 | $28,740.00 | $28,740.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-28780 | | Page 2 | | Date: December 21, 2010 |
| Debtor Name: | CORBRIDGE, SHAUN C. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Rocky Mountain Power Attn: Bankruptcy Dept. P.O. Box 25308 Salt Lake City UT 84125-0308 | Unsecured | Filed 06/10/09 | $0.00 | $1,649.80 | $1,649.80 |
| 000012 070 7100-00 | UTFC Financing Solutions, LLC UTFC - Robert 699 East South Temple, Suite 220 Salt Lake City, UT 84102 | Unsecured | Filed 06/11/09 | $0.00 | $137,060.39 | $137,060.39 |
| 000013 070 7100-00 | A Plus Benefits 395 West 600 North Lindon, UT 84042 | Unsecured | Filed 06/11/09 Allowed only as unsecured as per court order 11/16/09 | $0.00 | $19,804.03 | $19,804.03 |
| 000014 070 7100-00 | Geneva Capital 522 Broadway Street, Suite 4 Alexandria, MN 56308 | Unsecured | Filed 06/12/09 | $0.00 | $71,679.05 | $71,679.05 |
| 000015 070 7100-00 | JP Morgan Chase Bank 4001 Mail Code A21-2004 901 West Baxter Dr. South Jordan, UT 84095 | Unsecured | Filed 06/22/09 (15-1) Promissory Note | $0.00 | $90,269.33 | $90,269.33 |
| 000016 070 7100-00 | Bank of American Fork P.O. Box 307 American Fork, UT 84003-0307 | Unsecured | Filed 06/23/09 Disallowed as per Court order 12/12/10 | $0.00 | $28,740.00 | $0.00 |
| 000017 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 06/30/09 | $0.00 | $1,210.65 | $1,210.65 |
| 000018 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 06/30/09 | $0.00 | $2,273.70 | $2,273.70 |
| 000019 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 06/30/09 | $0.00 | $395.00 | $395.00 |
| 000020 070 7100-00 | JPMorgan Chase Bank, N.A. 50 South Main Street - 9TH Floor Akron, OH 44308 | Unsecured | Filed 07/14/09 (20-1) money loaned on account ending in 4001 | $0.00 | $87,403.91 | $87,403.91 |
| 000021 070 7100-00 | Advanta Bank Corp c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 07/21/09 | $0.00 | $7,852.48 | $7,852.48 |
| 000022 070 7100-00 | US Bank N.A. Bankruptcy Dept. PO Box 5229 Cincinnati, OH 45201-5229 | Unsecured | Filed 07/20/09 | $0.00 | $13,664.51 | $13,664.51 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-28780 | | Page 3 | | | Date: December 21, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | CORBRIDGE, SHAUN C. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000023 070 7100-00 | US Bank N.A. Bankruptcy Dept. PO Box 5229 Cincinnati, OH 45201-5229 | Unsecured | Filed 07/20/09 | $0.00 | $24,616.04 | $24,616.04 |
| 000024 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 07/31/09 | $0.00 | $9,404.07 | $9,404.07 |
| 000025 070 7100-00 | Sugar House Awning 7526 South State Street Midvale, UT 84047 | Unsecured | Filed 07/29/09 | $0.00 | $1,902.54 | $1,902.54 |
| 000026 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 08/03/09 | $0.00 | $28,773.65 | $28,773.65 |
| 000027 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 08/03/09 | $0.00 | $9,150.26 | $9,150.26 |
| 000028 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 08/03/09 | $0.00 | $27,863.53 | $27,863.53 |
| 000029 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 08/03/09 | $0.00 | $18,691.74 | $18,691.74 |
| 000030 070 7100-00 | US Bank N.A. Bankruptcy Dept. PO Box 5229 Cincinnati, OH 45201-5229 | Unsecured | Filed 07/31/09 | $0.00 | $18,961.78 | $18,961.78 |
| 000031 070 7100-00 | Zions First National Bank Legal Services, UT ZB11 0877 P.O. Box 30709 Salt Lake City, UT 84130 | Unsecured | Filed 08/12/09 | $0.00 | $23,844.56 | $23,844.56 |
| 000032 070 7100-00 | US Bancorp Manifest Funding Services 1450 Channel Parkway Marshall, Mn 56258 | Unsecured | Filed 08/27/09 | $0.00 | $104,207.26 | $104,207.26 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-28780 | | Page 4 | | | Date: December 21, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | CORBRIDGE, SHAUN C. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000033 070 7100-00 | Balboa Capital 2010 Main Street, 11th Floor Irvine, CA 92614-7203 | Unsecured | Filed 08/26/09 | $0.00 | $33,610.38 | $33,610.38 |
| 000034 070 7100-00 | Midwest Sign & Screen Printing Supplies 45 E Maryland Ave St. Paul, MN 55117 | Unsecured | Filed 08/27/09 | $0.00 | $4,153.30 | $4,153.30 |
| | Case Totals: | | | $0.00 | $890,801.70 | $862,061.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-28780 WTT
Case Name: CORBRIDGE, SHAUN C.
       CORBRIDGE, LAURA ANNIE
Trustee Name: PHILIP G. JONES, TRUSTEE

Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP G. JONES, TRUSTEE | $ | $ | $ |
| Trustee Expenses: PHILIP G. JONES, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____
Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Utah State Labor Commission | $ | $ | $ |
| 000004 | Utah State Tax Commission | $ | $ | $ |

    Total to be paid to priority creditors        $_____

    Remaining Balance        $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Pacific | $ | $ | $ |
| 000002 | Adecco Employment Services | $ | $ | $ |
| 000005 | DISCOVER BANK | $ | $ | $ |
| 000006 | USAA FEDERAL SAVINGS BANK | $ | $ | $ |
| 000007 | Questar Gas Company | $ | $ | $ |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000009 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000010 | Bank of American Fork | $ | $ | $ |
| 000011 | Rocky Mountain Power | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | UTFC Financing Solutions, LLC | $ | $ | $ |
| 000013 | A Plus Benefits | $ | $ | $ |
| 000014 | Geneva Capital | $ | $ | $ |
| 000015 | JP Morgan Chase Bank 4001 | $ | $ | $ |
| 000017 | American Express Bank FSB | $ | $ | $ |
| 000018 | American Express Bank FSB | $ | $ | $ |
| 000019 | American Express Bank FSB | $ | $ | $ |
| 000020 | JPMorgan Chase Bank, N.A. | $ | $ | $ |
| 000021 | Advanta Bank Corp | $ | $ | $ |
| 000022 | US Bank N.A. | $ | $ | $ |
| 000023 | US Bank N.A. | $ | $ | $ |
| 000024 | American Express Centurion Bank | $ | $ | $ |
| 000025 | Sugar House Awning | $ | $ | $ |
| 000026 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000027 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000028 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000029 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000030 | US Bank N.A. | $ | $ | $ |
| 000031 | Zions First National Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000032 | US Bancorp Manifest Funding Services | $ | $ | $ |
| 000033 | Balboa Capital | $ | $ | $ |
| 000034 | Midwest Sign & Screen Printing Supplies | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE