# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CORBRIDGE, SHAUN C. | § | Case No. 08-28780 WTT |
| CORBRIDGE, LAURA ANNIE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP G. JONES, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP G. JONES, TRUSTEE _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Belle Monet Condominiums c/o REMS P.O. Box 1741 Provo, UT 84603 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corrie Corbridge 85 Hill Haven Dr. Perry, UT 84302 | | | | | |
| | Taylor, Bean & Whitiker 1417 North Magnolia Avenue Ocala, FL 34475 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP G. JONES | | | | | |
| PHILIP G. JONES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | UTAH STATE LABOR COMMISSION | | | | | |
| 000004 | UTAH STATE TAX COMMISSION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 600 R-E, LLC c/o Egan Investments 140 West 2100 South, Suite 130 Salt Lake City, UT 84115 | | | | | |
| | AT&T P.O. Box 6463 Carol Stream, IL 60197-6463 | | | | | |
| | AT&T Universal P.O. Box 6940 The Lakes, NV 88901-6940 | | | | | |
| | AT&T Universal P.O. Box 6940 The Lakes, NV 88901-6940 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Add'l Notice for: AT&T Universal | | | | | |
| | Add'l Notice for: Adecco Employment Services | | | | | |
| | Add'l Notice for: Adecco Employment Services | | | | | |
| | Add'l Notice for: Advanta | | | | | |
| | Add'l Notice for: American Express | | | | | |
| | Add'l Notice for: Balboa Capital | | | | | |
| | Add'l Notice for: Balboa Capital | | | | | |
| | Add'l Notice for: Bank of America | | | | | |
| | Add'l Notice for: Bank of American Fork | | | | | |
| | Add'l Notice for: CapitalOne | | | | | |
| | Add'l Notice for: Chase | | | | | |
| | Add'l Notice for: Discover | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Add'l Notice for: Geneva Capital | | | | | |
| | Add'l Notice for: Mutoh America | | | | | |
| | Add'l Notice for: Pitman Company | | | | | |
| | Add'l Notice for: U.S. Bank | | | | | |
| | Add'l Notice for: USAA | | | | | |
| | Add'l Notice for: Washington Mutual | | | | | |
| | Allied Waste Services P.O. Box 78429 Phoenix, AZ 85062-8429 | | | | | |
| | Banc of America Leasing Lease Administration Center P.O. Box 371992 Pittsburgh, PA 15250-7992 | | | | | |
| | Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Bank of American Fork 33 East Main Street American Fork, UT 84003 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of American Fork P.O. Box 307 American Fork, UT 84003-0307 | | | | | |
| | Bron Tape 805 West 1700 South Salt Lake City, UT 84104-1736 | | | | | |
| | CalComp Graphic Solutions 6703 International Avenue Cypress, CA 90630 | | | | | |
| | Capital One P.O. Box 60599 City Of Industry, CA 91716-0599 | | | | | |
| | CapitalOne P.O. Box 60599 City Of Industry, CA 91716-0599 | | | | | |
| | Chase P.O. Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase P.O. Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase P.O. Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase P.O. Box 94014 Palatine, IL 60094-4014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibusiness P.O. Box 6537 The Lakes, NV 88901-6537 | | | | | |
| | Citibusiness P.O. Box 6537 The Lakes, NV 88901-6537 | | | | | |
| | Colts Neck Investments, LLC 360 North State Street A Lindon, UT 84042 | | | | | |
| | Comcast Cable 0145347 P.O. Box 34744 Seattle, WA 98124-1744 | | | | | |
| | Comcast Cable 0145354 P.O. Box 34744 Seattle, WA 98124-1744 | | | | | |
| | Dell Financial Payment Processing Center P.O. Box 5292 Carol Stream, IL 60197-5292 | | | | | |
| | Dell Financial Payment Processing Center P.O. Box 5292 Carol Stream, IL 60197-5292 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dell Financial Payment Processing Center P.O. Box 5292 Carol Stream, IL 60197-5292 | | | | | |
| | FSVD 3601 North 250 West Provo, UT 84604 | | | | | |
| | Feller's P.O. Box 875540 Kansas City, MO 64187-5540 | | | | | |
| | Grove Business Center c/o Commerce CRG P.O. Box 571530 Salt Lake City, UT 84157-1530 | | | | | |
| | Home Depot Dept. 32-2503808200 The Lakes, NV 88901-6031 | | | | | |
| | Intermountain Healthcare P.O. Box 30180 Salt Lake City, UT 84120 | | | | | |
| | Intermountain Healthcare P.O. Box 30180 Salt Lake City, UT 84120 | | | | | |
| | Interwest Safety Supply, Inc. P.O. Box 31 Provo, UT 84603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jensen Consulting Group, LLC 514 East 270 North Lindon, UT 84042 | | | | | |
| | Key Bank P.O. Box 94831 Cleveland, OH 44101-4831 | | | | | |
| | Montroy Supply Co. 2674 Raymond Avenue Signal Hill, CA 90755 | | | | | |
| | Mutoh America 2602 South 47th Street, #102 Phoenix, AZ 85034 | | | | | |
| | National Graphics 2711 Miami Street Saint Louis, MO 63118-3898 | | | | | |
| | National Wood P.O. Box 65599 Salt Lake City, UT 84165-0599 | | | | | |
| | One Connect IP 1730 Montano Road NW, Suite D Albuquerque, NM 87107 | | | | | |
| | Pitman Company File #91840 Los Angeles, CA 90074-1840 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plastic Fabricating 3571 South 300 West Salt Lake City, UT 84115 | | | | | |
| | Questar Gas P.O. Box 45841 Salt Lake City, UT 84139 | | | | | |
| | Qwest P.O. Box 29039 Phoenix, AZ 85038-9039 | | | | | |
| | RSL 51 W. Center #195 Orem, UT 84057 | | | | | |
| | Regional Supply 3571 South 300 West Salt Lake City, UT 84115 | | | | | |
| | Rocky Mountain Power 1033 NE 6th Avenue Portland, OR 97256-0001 | | | | | |
| | SKR2 Holding - LLC 650 South State Street Orem, UT 84058 | | | | | |
| | Stouse, Inc. 300 New Century Parkway New Century, KS 66031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Development, Inc. 1513 Hillfield Road, #1 Layton, UT 84041 | | | | | |
| | Utah County Assessor Personal Property Division 100 E. Center Street Provo, UT 84606 | | | | | |
| | Veracity 379 N. University Avenue, Suite 301 Provo, UT 84601 | | | | | |
| | Verizon Wireless P.O. Box 9622 Mission Hills, CA 91346-9622 | | | | | |
| | Washington Mutual 7255 Baymeadow Way - JAXA2040 Jacksonville, FL 32256 | | | | | |
| | Washington Mutual P.O. Box 660487 Dallas, TX 75266-0487 | | | | | |
| | Wood Crapo 500 Eagle Gate Tower 60 East South Temple Salt Lake City, UT 84111 | | | | | |
| 000013 | A PLUS BENEFITS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ADECCO EMPLOYMENT SERVICES | | | | | |
| 000021 | ADVANTA BANK CORP | | | | | |
| 000017 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000018 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000019 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000024 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000033 | BALBOA CAPITAL | | | | | |
| 000010 | BANK OF AMERICAN FORK | | | | | |
| 000016 | BANK OF AMERICAN FORK | | | | | |
| 000005 | DISCOVER BANK | | | | | |
| 000026 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000027 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000028 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000029 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000014 | GENEVA CAPITAL | | | | | |
| 000015 | JP MORGAN CHASE BANK 4001 | | | | | |
| 000020 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000034 | MIDWEST SIGN & SCREEN PRINTING SUPP | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | QUESTAR GAS COMPANY | | | | | |
| 000011 | ROCKY MOUNTAIN POWER | | | | | |
| 000025 | SUGAR HOUSE AWNING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000032 | US BANCORP MANIFEST FUNDING SERVICE | | | | | |
| 000022 | US BANK N.A. | | | | | |
| 000023 | US BANK N.A. | | | | | |
| 000030 | US BANK N.A. | | | | | |
| 000006 | USAA FEDERAL SAVINGS BANK | | | | | |
| 000012 | UTFC FINANCING SOLUTIONS, LLC | | | | | |
| 000001 | YELLOW BOOK PACIFIC | | | | | |
| 000031 | ZIONS FIRST NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

**Exhibit 8**

| Case No: | 08-28780 | WTT | Judge: WILLIAM T. THURMAN | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CORBRIDGE, SHAUN C. | | | Date Filed (f) or Converted (c): | 12/10/08 (f) |
| | CORBRIDGE, LAURA ANNIE | | | 341(a) Meeting Date: | 01/20/09 |
| For Period Ending: | 05/02/11 | | | Claims Bar Date: | 08/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 496 South 2150 West, #101 Pleasant Grove, UT 84062 | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account No. 74232, Utah Power Credit Unio | 13.51 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account No. 27641, Utah Power Credit Unio | 8.94 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account No. 29041, Utah Power Credit Union | 5.35 | 0.00 | DA | 0.00 | FA |
| 5. Savings Acct. No. 0002427689-20, Mountain America | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. Savings Acct. No. 0002427689-01, Mountain America | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Beds ($600); Sewing machine ($800). | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 8. Kitchen Table and Chairs. | 75.00 | 0.00 | DA | 0.00 | FA |
| 9. Sofas (2) ($200); End tables ($10); Living room ch | 860.00 | 0.00 | DA | 0.00 | FA |
| 10. Cell phone | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. Kids books ($30); Pictures and other art objects ( | 180.00 | 0.00 | DA | 0.00 | FA |
| 12. Misc. Clothing | 150.00 | 0.00 | DA | 0.00 | FA |
| 13. Misc. bracelets & necklaces | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. 9 mm pistol | 250.00 | 0.00 | DA | 0.00 | FA |
| 15. Camera and photo equipment. | 75.00 | 50.00 | | 50.00 | FA |
| 16. Farmers Insurance (Term life) | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. SignCity, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Premier Management | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. Influence International, Inc. (K-1 from 2007 showe | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. SignCity loan ($247,000.00) | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. Big World Supply Loan ($250,000.00) | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. 2005 Buick Terraza | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 23. 1995 GMC Suburban | 500.00 | 0.00 | DA | 0.00 | FA |
| 24. Blackberry | 150.00 | 0.00 | DA | 0.00 | FA |
| 25. Toolset | 50.00 | 50.00 | | 50.00 | FA |
| 26. Wages | 0.00 | Unknown | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

Ver: 16.02b

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

**Exhibit 8**

| Case No: | 08-28780   WTT   Judge: WILLIAM T. THURMAN | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | CORBRIDGE, SHAUN C. | Date Filed (f) or Converted (c): | 12/10/08 (f) |
| | CORBRIDGE, LAURA ANNIE | 341(a) Meeting Date: | 01/20/09 |
| | | Claims Bar Date: | 08/27/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. tax refund (u) | | 0.00 | 5,215.77 | | 5,215.77 | FA |
| INT. Post-Petition Interest Deposits (u) | | Unknown | N/A | | 4.53 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $190,967.80          $5,315.77          $5,320.30          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR Pending

Checks Out

TFR Pending

Claims Objection Pending

Motion to Sell

Objection to Claim pending

Awaiting taxes

Initial Projected Date of Final Report (TFR): 06/15/09          Current Projected Date of Final Report (TFR): 07/15/11

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-28780 -WTT |
| Case Name: | CORBRIDGE, SHAUN C. |
| | CORBRIDGE, LAURA ANNIE |
| Taxpayer ID No: | *******6045 |
| For Period Ending: | 05/02/11 |

| | |
|---|---|
| Trustee Name: | PHILIP G. JONES, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******7314  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 98,025,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/09 | * NOTE * | UTAH POWER | TAXES AND PROPERTY | 1224-000 | 5,315.77 | | 5,315.77 |
| | | | * NOTE *  Properties 15, 25, 27 | | | | |
| 05/29/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.23 | | 5,316.00 |
| 06/30/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.67 | | 5,316.67 |
| 07/31/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.65 | | 5,317.32 |
| 08/31/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.65 | | 5,317.97 |
| 09/30/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.63 | | 5,318.60 |
| 10/30/09 | INT | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.63 | | 5,319.23 |
| 11/30/09 | INT | Union Bank | Interest Rate  0.150 | 1270-000 | 0.65 | | 5,319.88 |
| 12/19/09 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.42 | | 5,320.30 |
| 12/19/09 | | Transfer to Acct #*******9294 | Final Posting Transfer | 9999-000 | | 5,320.30 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,320.30 | 5,320.30 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,320.30 | |
| Subtotal | 5,320.30 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,320.30 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 5,320.30 | 5,320.30 |

Ver: 16.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-28780  -WTT | | Trustee Name: | PHILIP G. JONES, TRUSTEE |
| Case Name: | CORBRIDGE, SHAUN C. | | Bank Name: | Union Bank |
| | CORBRIDGE, LAURA ANNIE | | Account Number / CD #: | *******9294  BofA - Checking Account |
| Taxpayer ID No: | *******6045 | | | |
| For Period Ending: | 05/02/11 | | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/09 | | Transfer from Acct #*******7314 | Transfer In From MMA Account | 9999-000 | 5,320.30 | | 5,320.30 |
| 03/05/11 | 003001 | PHILIP G. JONES 853 WEST CENTER STREET OREM, UT  84057 | Chapter 7 Compensation/Fees | 2100-000 | | 1,000.00 | 4,320.30 |
| 03/05/11 | 003002 | PHILIP G. JONES 853 WEST CENTER STREET OREM, UT  84057 | Chapter 7 Expenses | 2200-000 | | 32.28 | 4,288.02 |
| 03/05/11 | 003003 | Utah State Labor Commission 160 East 300 South, Third Floor P.O. Box 146612 Salt Lake City, UT 84111 | Claim 000003, Payment 13.40% | 5800-000 | | 268.00 | 4,020.02 |
| 03/05/11 | 003004 | Utah State Tax Commission Attn Legal Processes Unit 210 North 1950 West Salt Lake City, UT 84134 | Claim 000004, Payment 13.40% | 5800-000 | | 4,020.02 | 0.00 |

|  | | COLUMN TOTALS | 5,320.30 | 5,320.30 | 0.00 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 5,320.30 | 0.00 | |
| | | Subtotal | 0.00 | 5,320.30 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 5,320.30 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******7314 | 5,320.30 | 0.00 | 0.00 |
| BofA - Checking Account - ********9294 | 0.00 | 5,320.30 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,320.30 | 5,320.30 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals           5,320.30        5,320.30

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 08-28780 -WTT | Trustee Name: | PHILIP G. JONES, TRUSTEE |
| Case Name: | CORBRIDGE, SHAUN C. | Bank Name: | Union Bank |
| | CORBRIDGE, LAURA ANNIE | Account Number / CD #: | *******9294  BofA - Checking Account |
| Taxpayer ID No: | *******6045 | | |
| For Period Ending: | 05/02/11 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - ********7314 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - ********9294 | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.02b

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*